IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:10CR440
                                )
      v.                        )
                                )
CHRISTINA MOUNT,                )          ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's pro se letter/motion for reduction of sentence under Sentencing Guideline Amendment 782 (Filing No. 35).

IT IS ORDERED:

1) Defendant's pro se letter/motion is held in abeyance pursuant to General Order No. 2014-09.

2) The clerk shall provide the defendant with a copy of this order and General Order No. 2014-09 and shall also give notice to the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

DATED this 10th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court